**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              May 1, 2015

Courtroom Deputy: Kathleen Finney
Court Reporter:   Tracy Weir
Probation Officer: Michelle Means

**Criminal Action No.  14-cr-00248-REB-2**

*Parties:*                                           *Counsel:*

UNITED STATES OF AMERICA,                            Geoffrey Rieman

     Plaintiff,

v.

2.  RAVEN KADIR MILIAN-DARDON,                       Scott Poland

     Defendant.

**SENTENCING MINUTES**

**9:09 a.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the

presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers:
- the government's **Motion to Dismiss Counts Four and Seven of the Indictment** [#57] filed February 25, 2015;
- the government's **Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under § 3E1.1** [#58] filed February 25, 2015;
- the defendant's **Response to Initial Pre-Sentence Report** [#71] filed April 13, 2015;
- the **Government's Response to the Defendant's Response to the Initial Pre-Sentence Report** [#73] filed April 14, 2015;
- the **Government's Sentencing Statement** [#74] filed April 17, 2015;
- the **Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. Section 3553** [#77] filed April 24, 2015;
- the **Defendant's Sentencing Statement** [#78] filed April 25, 2015;
- the **Government's Opposition to the Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. Section 3553** [#79] filed April 27, 2015; and
- the **Government's Motion to Disclose Grand Jury Material to the Defendant** [#80] filed April 30, 2015.

> **It is ORDERED:** the **Government's Motion to Disclose Grand Jury Material to the Defendant** [#80] is **GRANTED**.

9:15 a.m.   Government's witness, Special Agent, Brian Palmer, called and sworn.

9:16 a.m.   Direct examination by Mr. Rieman.

9:25 a.m.   Cross examination by Mr. Poland.

9:34 a.m.   Witness is excused.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court takes the matter under advisement.

**It Is Further ORDERED** as follows:

1. That this sentencing hearing is **continued** to Wednesday, **May 6, 2015**, commencing at **9:00 a.m.** (MDT); at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

2. That to the extent counsel intend to edify the court further by way of legal memorandum or brief, any such paper shall be filed by noon Tuesday, **May 5, 2015**; and

3. That the defendant is remanded to the custody of the United States Marshal for continued detention.

**10:01 a.m.    Court in recess.**

Total time in court: 00:52

Hearing continued.