**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                     May 6, 2015

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter:    Tracy Weir
Probation Officer: Michelle Means

---

**Criminal Action No.  14-cr-00248-REB-2**

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                  Geoffrey Rieman

   Plaintiff,

v.

2.  RAVEN KADIR MILIAN-DARDON,         Scott Poland

   Defendant.

---

**CONTINUED SENTENCING MINUTES**

---

**9:08 a.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1.    That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows: the government's **Motion to Dismiss Counts Four and Seven of the Indictment** [#57] is **GRANTED**; the government's **Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under § 3E1.1** [#58] is **GRANTED**; and the **Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. Section 3553** [#77] is **DENIED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count **Three** of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **24 months**;

5. That the defendant shall cooperate in the collection of a sample of defendant's DNA;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of **$100.00**;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, preferably to **FCI Englewood**;

10. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant is advised of the right to appeal the sentence(s) imposed by the court.

**9:45 a.m.     Court in recess.**

Total time in court:   **37 minutes**

Hearing concluded.